UNITED STATES ex rel. KANTOR v. JOHNSON, Brigadier General, etc.

(Circuit Court of Appeals, Second Circuit. June 11, 1918.)

HABEAS CORPUS ⬤⟳113—STAY—APPELLATE JUDGE—POWER TO ALLOW.

    A single judge of the Circuit Court of Appeals is without power to grant a stay pending an appeal in a habeas corpus proceeding, where the District Judge, who remanded the relator and allowed the appeal, refused the stay.

Appeal from the District Court of the United States for the Eastern District of New York.

Habeas corpus by the United States, on the relation of Joseph Kantor, against Evan M. Johnson, Brigadier General, Commander of the 77th Division, U. S. A., at Camp Upton, N. Y. The writ was denied, and, pending appeal, relator was remanded. On motion to grant a stay. Motion denied.

Before WARD, Circuit Judge.

⬤⟳For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes

WARD, Circuit Judge. This is a motion to grant a stay pending an appeal to the Circuit Court of Appeals in a habeas corpus proceeding. Judge Chattfield in the District Court, who remanded the relator, also allowed the appeal, and has refused a stay. If I had allowed the appeal, I would have had power to grant a stay; but the case is now in the Circuit Court of Appeals, and I do not think a single judge of the court has power to do so.

The motion is denied.